GARY RICHARDS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-569

Opinion filed August 5, 2016.

An appeal from the Circuit Court for Alachua County.
Robert Groeb, Judge.

Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee for Appellant.

Pamela Jo Bondi, Attorney General, and Virginia Chester Harris, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, OSTERHAUS, and WINSOR, JJ., CONCUR.